UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SUNTRUST MORTGAGE, INC.,

                                     CASE NUMBER: 9:16-CV-80753

      Plaintiff,

v.

SONIA J. SANCHEZ; HECTOR L. SANCHEZ; TERRACINA HOMEOWNERS' ASSOCIATION, INC.; BOARD OF COUNTY COMMISSIONERS OF PALM BEACH COUNTY, FLORIDA; AND UNKNOWN TENANT(S) ,

      Defendants.
_____/

**NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| NAME AND ADDRESS | DATE AND TIME | PLACE |
|---|---|---|
| Hector L. Sanchez | Tuesday, September 8, 2016 @ 10:00 AM | 5550 Glades Road<br>Suite 500<br>Boca Raton Florida 33431 |
| Sonia J. Sanchez | Tuesday, September , 2016 @2:00 or immediately following Hector L. Sanchez's deposition | 5550 Glades Road<br>Suite 500<br>Boca Raton Florida 33431 |

Upon oral examination before **ORANGE LEGAL COURT REPORTERS**, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition will be taken for the purpose of discovery in the foreclosure litigation or for such other purposes as are permitted under the applicable Rules of Court.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130  (305) 379-0400

CASE NUMBER: 9:16-CV-80753

        Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
Attorneys for Plaintiff
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400

By:   /s/ Mark E. Steiner
     FRANK P. CUNEO
     Florida Bar No. 0123188
     JACOB E. MITRANI
     Florida Bar No. 0715581
     MARK E. STEINER
     Florida Bar No. 28513

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2016, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

        By:/s/ Mark E. Steiner
            MARK E. STEINER