UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SUNTRUST MORTGAGE, INC.,                                CASE NUMBER: 9:16-cv-80753-KAM

    Plaintiff,

v.

SONIA J. SANCHEZ; HECTOR L.
SANCHEZ; TERRACINA HOMEOWNERS'
ASSOCIATION, INC.; BOARD OF
COUNTY COMMISSIONERS OF PALM
BEACH COUNTY, FLORIDA; AND
UNKNOWN TENANT(S),

    Defendants.
_____/

PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF
UNITED STATES POTAL SERVICE MAILING STANDARDS
AND INCORPORATED MEMORANDUM OF LAW

    Plaintiff, SUNTRUST MORTGAGE, INC. ("Plaintiff"), by and through its undersigned counsel and pursuant to F.R.E. 201, hereby files this Motion for Judicial Notice of the Mailing Standards of the United States Postal Service Domestic Mail Manual (the "Post Office Standards"), stating as follows:

    1.    This matter is currently set for trial on this Court's two-week calendar commencing August 7, 2017.  The triable issues before the Court are extremely limited in nature.

    2.    This case is a suit by Plaintiff for breach of a promissory note and foreclosure of a mortgage.

    3.    One of the defenses presented by the Defendants, Sonia J. Sanchez and Hector L. Sanchez ("Defendants"), is an alleged failure of Plaintiff to fulfill a condition precedent.  *See* Answer and Affirmative Defenses, ECF 22 at Page 7.  Specifically, Defendants allege that Plaintiff did not give proper notice of default under the subject Mortgage.  ECF 22 at Page 8.

    4.    A copy of Plaintiff's default letter is attached to the Complaint as Exhibit 3.  ECF 1-3.  It indicates that it was sent "Via U.S. Regular Mail and Certified Mail Return Receipt

*SunTrust Mortgage, Inc. v. Sanchez, et al.*
Case Number: 9:16-cv-80753-KAM

Requested."  A copy of the certified mail card is appended to the Exhibit.

## MEMORANDUM OF LAW

5. Federal Rule of Evidence 201(b)(2) allows this Court to take judicial notice of a "fact that is not subject to reasonable dispute because it… (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

6. The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information."  F.R.E. 201(c)(2).

7. Plaintiff requests the Court take judicial notice of the Post Office Standards, a copy of which is attached hereto as **Exhibit "A."**

8. In particular, Plaintiff requests that this Court take judicial notice of the standard applicable to delivery of domestic mail.  The Post Office Standards are promulgated by the United States Postal Service, a constitutionally authorized agency, and constitute the official actions of a legislative department of the United States.  Therefore, the accuracy of these facts can be accurately and readily determined, and their accuracy cannot reasonably be questioned.

9. 12 CFR § 111.1 states, in pertinent part, that "U.S. Postal Service hereby incorporates by reference in this part, the Mailing Standards of the United States Postal Service." *See* 12 CFR § 111.1.

10. The Post Office Standards provide that Certified Mail is an Extra Service available in First-Class Mail.  *See* Exhibit A at §§ 503.1.4, 503.3.0.

11. As such, Plaintiff would request this Honorable Court take judicial notice of the Post Office Standards for delivery of domestic mail, and specifically that Certified Mail is an extra service on First-Class Mail.

WHEREFORE, Plaintiff, SUNTRUST MORTGAGE, INC., respectfully requests this

LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL  33130   (305) 379-0400

*SunTrust Mortgage, Inc. v. Sanchez, et al.*
Case Number: 9:16-cv-80753-KAM

Court to take judicial notice of the above described and attached documents, and of the facts to be derived from such documents.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I HEREBY CERTIFY that the undersigned counsel for Plaintiff has conferred with all parties who may be affected by the relief sought in the motion in a good-faith effort to resolve the issues raised in the motion. Counsel for the Defendants would not agree to the relief sought.

> Respectfully submitted,
> LIEBLER, GONZALEZ & PORTUONDO
> Attorneys for Plaintiff
> Courthouse Tower - 25th Floor
> 44 West Flagler Street
> Miami, FL 33130
> Telephone: (305) 379-0400
> Primary: service@lgplaw.com
>
> By: /s/ Mark E. Steiner
>   FRANK P. CUNEO
>   Florida Bar No. 0123188
>   JACOB E. MITRANI
>   Florida Bar No. 0715581
>   MARK E. STEINER
>   Florida Bar No. 28513

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2016, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

> By:/s/ Mark E. Steiner
>   MARK E. STEINER